UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA BROOKS,<br><br>                              Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE LLC; and<br>DOES 1 through 25, Inclusive<br><br>                              Defendants. | Case No.:  20cv0994 DMS (JLB)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendant's motion to dismiss is currently scheduled for hearing on July 31, 2020. The Court has reviewed the parties' briefs, and finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the July 31, 2020 hearing is vacated.

**IT IS SO ORDERED**.

Dated:  July 27, 2020

Hon. Dana M. Sabraw
United States District Judge

1

20cv0994 DMS (JLB)