PAUL M. GLEASON (SBN: 155569)
JING TONG (SBN: 285061)
GLEASON & FAVAROTE, LLP
4014 Long Beach Blvd., Suite 300
Long Beach, California 90807
Telephone:   (213) 452-0510
Facsimile:    (213) 452-0514
pgleason@gleasonfavarote.com
jtong@gleasonfavarote.com

Attorneys for Defendant
CORECIVIC OF TENNESSEE, LLC

JOSHUA D. GRUENBERG (SBN 163281)
josh@gruenberglaw.com
COLETTE N. MAHON (SBN 304745)
colettem@gruenberglaw.com
GRUENBERG LAW
2155 First Avenue
San Diego, California 92101-2013
Telephone: 619-230-1234
Facsimile: 619-230-1074

Attorneys for Plaintiff ERICA BROOKS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA BROOKS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CORECIVIC OF TENNESSEE LLC; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 3:20-cv-00994-DMS-JLB<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>Judge:   Hon. Dana M. Sabraw<br>Ctrm.:    13A<br><br>Mag. Judge:    Hon. Jill L. Burkhardt<br>Chambers Rm:    Suite 5140<br><br>Action Filed:  April 29, 2020<br>Trial Date:    None |

**TO THE COURT AND ALL INTERESTED PARTIES:**

Pursuant to Federal Rule of Civil Procedure 26(c), the Scheduling Order Regulating Discovery And Other Pre-Trial Proceedings entered by the Court in this matter on November 13, 2020, and Section V of the Civil Chambers Rules for U.S. Magistrate Judge Honorable Jill L. Burkhardt, Plaintiff Erica Brooks and Defendant CoreCivic of Tennessee, LLC, by and through their respective attorneys of record, hereby submit this Joint Motion for Entry of Stipulated Protective Order.

A party moving for a protective order must make a clear showing of a particular and specific need for the order. Blankenship v. Hearst Corp., 519 F.2d 418, 429 (9th Cir. 1975). However, courts have authority to issue a protective order without finding good cause if the parties stipulate to such relief. In re Roman Catholic Archbishop of Portland in Oregon, 661 F.3d 417, 424 (9th Cir. 2011).

Here, notwithstanding the holding in In re Roman Catholic Archbishop of Portland in Oregon, good cause exists for the court to grant this Joint Motion. The parties anticipate that documents, testimony or information containing or reflecting confidential, proprietary, trade secret and/or commercially sensitive information, as well as medical records and employee personnel records protected from disclosure by the right to privacy contained in Article I, Section 1 of the California Constitution, are likely to be disclosed or produced during the course of discovery in this litigation. Therefore, the parties request that the Court enter the proposed stipulated protective order setting forth conditions for treating, obtaining and using such confidential information, a true and correct copy of which is attached hereto as exhibit A and which has also been submitted electronically to Magistrate Judge Burkhardt concurrently with the filing of this joint motion.

/ / /

/ / /

/ / /

/ / /

1.

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**
**USDC Case No. 3:20-cv-00994-DMS-JLB**

The parties respectfully request that the Court grant this Joint Motion for a Stipulated Protective Order.

Dated: November 23, 2020            GLEASON & FAVAROTE, LLP
PAUL M. GLEASON
JING TONG

By: /s/ Paul M. Gleason[1]

                 Paul M. Gleason

Attorneys for Defendant CORECIVIC OF TENNESSEE LLC

Dated: November 23, 2020            GRUENBERG LAW
JOSHUA D. GRUENBERG
COLETTE N. MAHON

By: /s/ Collette N. Mahon

                 Collette N. Mahon

Attorneys for Plaintiff ERICA BROOKS

---

[1] All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2.

## <u>PROOF OF SERVICE</u>

I, Paul M. Gleason, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California.  I am over the age of 18 years and not a party to the within action.  My business address is Gleason & Favarote, LLP, 4014 Long Beach Blvd., Suite 300, Long Beach, CA 90807.

On November 23, 2020, I served a copy(ies) of the following document(s):
**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**
on the parties to this action as follows:

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| Josh D. Gruenberg, Esq.<br>Colette N. Mahon, Esq.<br>GRUENBERG LAW<br>2155 First Avenue<br>San Diego, CA 92101<br>Tel:  (619) 230-1234<br>Fax:  (619) 230-1074<br>josh@gruenberglaw.com<br>colettem@gruenberglaw.com | Counsel for Plaintiff<br>ERICA BROOKS | CM/ECF |

☒      [BY CM/ECF SYSTEM]  I caused the above-referenced document(s) to be sent by electronic transmission to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case.

I declare that I am a member of the bar of this court.  I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on November 23, 2020, at Long Beach, California.

/s/ Paul M. Gleason
Paul M. Gleason

**PROOF OF SERVICE**
**USDC Case No. 3:20-cv-00994-DMS-JLB**