# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica Brooks an individual | |
| **Plaintiff,** | **Case No.** 20-cv-00994-DMS-JLB |
| **V.** | |
| Corecivic of Tennessee LLC; et al | **REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE** |
| **Defendant.** | |

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:      "Low-Numbered Case No.:     20-cv-00808-L-DEB

Title:     Smith v. Corecivic of Tennessee LLC et al

Nature of Case:     442 Civil Rights: Jobs

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☐ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☐ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

**New Case #:     20-cv-0994-L-DEB**

This case was transferred pursuant to the Low-Number Rule.  The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:          3/9/21          By:  s/ M. Exler

M. Exler, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:  3/10/2021

M. James Lorenz
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge M. James Lorenz and Magistrate Judge Daniel E. Butcher for all further proceedings.

Dated:  March 10, 2021

Dana M. Sabraw
United States District Judge