UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA BROOKS, an individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>                                    Defendant. | Case No.:  20-cv-994-L (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND / MODIFY SCHEDULING ORDER AND AMENDED SCHEDULING ORDER**<br><br>**Dkt. No. 21** |

Before the Court is the parties' "Stipulation and [Proposed] Order to Continue Deadlines for Expert Designations, Expert Disclosures/Reports, and Expert Discovery" ("Motion"). Dkt. No. 21. With good cause appearing, the Court grants the Motion. The new Scheduling Order dates are as follows:

| Event | Deadline/Date |
|---|---|
| Expert Witness Designations and Disclosures | June 4, 2021 |
| Supplemental/Rebuttal Expert Designations and Disclosures | July 9, 2021 |
| Expert Discovery Cutoff | September 13, 2021 |

1

20-cv-994-L (DEB)

All other guidelines, deadlines, and requirements remain as previously set. *See* Dkt. No. 15 (Scheduling Order).

**IT IS SO ORDERED**.

Dated:  April 15, 2021

_____

Honorable Daniel E. Butcher
United States Magistrate Judge