UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA BROOKS, an individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>                                    Defendant. | Case No.:  20-cv-994-L-DEB<br><br>**ORDER GRANTING JOINT MOTIONS:**<br><br>**TO ALLOW DEFENDANT TO CONDUCT DISCOVERY AFTER THE FACT DISCOVERY CUT-OFF AND**<br><br>**TO EXTEND THE DEADLINES TO FOR EXPERT DISCLOSURES AND RELATED DEADLINES**<br><br>**DKT. NOS. 41, 42** |

The parties have filed two joint motions that are pending before the Court: the [Joint Motion] to Allow Defendant to Conduct Discovery Following the Fact Discovery Cut-Off (Dkt. No. 41) and the [Joint Motion] to Extend the Deadline for Expert Disclosures and Related Deadlines (Dkt No. 42). With good cause appearing, the Court grants both Joint Motions.

Defendant is granted leave from the February 4, 2022 fact discovery deadline to: (1) resume Plaintiff's deposition limited to her baking business and employment with

1

Amazon; (2) subpoena and take the deposition of Caroline Martens; and (3) serve a subpoena on Amazon to obtain Plaintiff's earnings and employment records. This discovery must be completed on or before **March 18, 2022**.

The new Scheduling Order dates are:

| Event | Deadline/Date |
|---|---|
| Expert Witness Disclosures | April 8, 2022 |
| Supplemental/Rebuttal Expert Disclosures | May 6, 2022 |
| Expert Discovery Cutoff | June 8, 2022 |
| Pre-trial Motion Filing Cutoff | July 6, 2022 |
| Fed. R. Civ. P. 26(a)(3) pre-trial disclosures | October 3, 2022 |
| Civ LR 16.1.f.4 meeting of counsel | October 10, 2022 |
| Plaintiff's proposed pre-trial order | October 17, 2022 |
| Lodging of proposed final pre-trial order | October 24, 2022 |
| Final Pre-trial Conference | October 31, 2022, 11:00 a.m. |

All other guidelines, deadlines, and requirements remain as previously set.

**IT IS SO ORDERED**.

Dated:  February 11, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge

2

20-cv-994-L-DEB