UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ERICA BROOKS, an individual,

Plaintiff,

v.

CORECIVIC OF TENNESSEE, LLC,

Defendant.

Case No.:  20-cv-994-L-DEB

**ORDER GRANTING JOINT MOTION TO AMEND/MODIFY SCHEDULING ORDER**

**DKT. NO. 46**

Before the Court is the parties' Joint Motion to Amend/Modify Scheduling Order. Dkt No. 46 ("Joint Motion"). With good cause appearing, the Court grants the Joint Motion. The new Scheduling Order dates are:

| Event | Deadline/Date |
| --- | --- |
| Plaintiff's designation of replacement epidemiology expert witness | June 22, 2022 |
| Replacement Epidemiology Expert Witness's Disclosure | July 18, 2022 |
| Supplemental/Rebuttal Expert Disclosures | August 12, 2022 |
| Expert Discovery Cutoff | September 9, 2022 |
| Pre-trial Motion Filing Cutoff | October 7, 2022 |
| Fed. R. Civ. P. 26(a)(3) pre-trial disclosures | January 9, 2023 |
| Civ LR 16.1.f.4 meeting of counsel | January 16, 2023 |

20-cv-994-L-DEB

| Plaintiff's proposed pre-trial order | January 23, 2023 |
| Lodging of proposed final pre-trial order | January 30, 2023 |
| Final Pre-trial Conference | February 6, 2023, 11:00 a.m. |

All other guidelines, deadlines, and requirements remain as previously set.

**IT IS SO ORDERED**.

Dated:  June 9, 2022

_____

Honorable Daniel E. Butcher
United States Magistrate Judge

20-cv-994-L-DEB