UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA BROOKS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>Defendant. | Case No.:  20-cv-994-L-DEB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL DEADLINES AND PRETRIAL CONFERENCE AND AMENDED SCHEDULING ORDER**<br><br>**DKT. NO. 54** |

Before the Court is the parties' Joint Motion to Continue Pretrial Deadlines and Pretrial Conference ("Joint Motion"). Dkt No. 54. Good cause appearing, the Court GRANTS the Joint Motion as follows:

| Event | Deadline/Date |
|---|---|
| Pre-trial Disclosures | June 19, 2023 |
| Meeting of Counsel pursuant to CivLR 16.1(f)(4) | June 26, 2023 |
| Plaintiff's Proposed Pre-trial Order | July 3, 2023 |
| Proposed Final Pre-trial Conference Order Lodging | July 10, 2023 |
| Final Pre-trial Conference | **July 17, 2023** at **11:00 A.M.** |

1

20-cv-994-L-DEB

All other guidelines, deadlines, and requirements remain as previously set. Dkt. Nos. 34, 43, 47, 52.

**IT IS SO ORDERED**.

Dated:  April 3, 2023

_____

Honorable Daniel E. Butcher
United States Magistrate Judge

20-cv-994-L-DEB